IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT M. BOURNE,<br>    Plaintiff, | : <br> : <br> : |
| v. | :     CIVIL ACTION NO. 06-0293 |
| LANCASTER COUNTY PRISON, *et al.*,<br>    Defendants. | : <br> : <br> : |

# ORDER

YOHN, J.

And now, this 2nd day of February, 2011, upon careful consideration of the motion to vacate the clerk's taxation of costs (Docket No. 141) of plaintiff, Robert M. Bourne, the response thereto of defendants, Lancaster County Prison and Troy Waltz, and plaintiff's reply, it is hereby **ORDERED** that plaintiff's motion is **GRANTED** as follows:

1. The clerk's taxation of costs and judgment taxing costs in favor of Lancaster County Prison and Troy Waltz (Docket Nos. 139 & 140) are **VACATED**.

2. Judgment is **ENTERED** in favor of Lancaster County Prison and Troy Waltz and against Robert M. Bourne in the amount of $500.00.

 

/s William H. Yohn Jr., Judge  
William H. Yohn Jr., Judge